UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:18-CR-107 |
| | ) | |
| ALTON MAURINSE HOLSTON | ) | |

## **ORDER**

This criminal matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge dated July 15, 2019, [Doc. 45]. In that Report and Recommendation, the Magistrate Judge found that the defendant's "admission and the evidence obtained from the search of the vehicle and the hotel room should be suppressed . . ." [*Id*. at PageID # 126]. Based on these findings, the Magistrate Judge recommended that the defendant's motion to suppress, [Doc. 30], as supplemented, [Docs. 36 and 41], be granted. Neither party has filed any objection to the Magistrate Judge's Report and Recommendation, and the time for doing so has passed.

After careful consideration of the record as a whole, and after careful consideration of the Report and Recommendation of the United States Magistrate Judge, and for the reasons set out in that Report and Recommendation which are incorporated by reference herein, it is hereby **ORDERED** that this Report and Recommendation, [Doc. 45], is **ADOPTED** and **APPROVED** in its entirety. The defendant's motion to suppress as supplemented, [Docs. 30, 36, and 41], is **GRANTED**.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE